IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00497-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

IGNACIO IBARRA-RAMIREZ,

    Defendant.

## ORDER TO CONTINUE TRIAL AND EXTEND MOTIONS DEADLINE

This matter is before the Court on the defendant's Unopposed Motion to Continue and Extend Deadline for Pretrial Motions (Dkt. # 13).  The Court agrees that defendant's "rights to effective assistance of counsel meet the 'ends of justice' analysis as set forth in the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)[(B)] . . . (iv), in that the defendant's constitutional rights are protected and this request does not compromise the public interest in speedy justice."  Motion at 2, ¶ 6.  Failing to grant the motion, given defense counsel's uncontested representations, including the difficulty of interviewing witnesses outside the Denver metro area, appears likely to prevent defendant from having effective assistance of counsel at trial.  It is, therefore,

ORDERED that the three-day jury trial set for January 30, 2006 is CONTINUED to **Monday, April 3, 2006 at 1:30 p.m.**  The final trial preparation conference set for January 20, 2006 is CONTINUED to **Friday, March 24, 2006 at 9:00 a.m.**  It is

FURTHER ORDERED that all pretrial motions shall be filed by **February 22, 2006** and responses to these motions shall be filed by **March 1, 2006.**

DATED: December 20, 2005

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge