IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00497-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

IGNACIO IBARRA-RAMIREZ,

    Defendant.

## ORDER RE NOTICE OF DISPOSITION

By Notice of Disposition (Dkt. # 16), the parties have advised the Court that this case will be resolved by a guilty plea.  Counsel in this matter are DIRECTED to call Chambers (303-335-2174) no later than January 30, 2006 to schedule this matter for a change of plea hearing.  The dates for final trial preparation conference (March 24, 2006) and trial (April 3, 2006) will remain on this Court's docket until a change of plea hearing date has been set.

    DATED: January 24, 2006

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*
                                        _____
                                        Phillip S. Figa
                                        United States District Judge