IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00497-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

IGNACIO IBARRA-RAMIREZ,

    Defendant.

---

### ORDER SETTING CHANGE OF PLEA HEARING

---

Pursuant to a telephone conference with both counsel, a change of plea hearing is set for **February 22, 2006 at 3:30 p.m. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers AND to the Probation Department no later than 5:00 p.m. on February 17, 2006.** <u>If these documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy</u>. **The original and one copy of these documents should be delivered to Judge Figa's courtroom deputy in the courtroom at the time of the hearing (**see **D.C.COLO.LCrR 11.1F).** In light of this Change of Plea hearing,

IT IS FURTHER ORDERED that the final trial preparation conference, set for March 24, 2006, and the three-day trial in this matter, set to commence April 3, 2006, are VACATED.

DATED: January 25, 2006        BY THE COURT:

                                                      *s/ Phillip S. Figa*

                                                      _____

                                                      Phillip S. Figa
                                                      United States District Judge