IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  05-cr-00497-PSF-01

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    IGNACIO IBARRA RAMIREZ,

       Defendant.

---

## ORDER

---

THIS MATTER coming before the Court upon motion of the government to dismiss Count 2 of the Indictment in the above-entitled case, and the Court having considered the same,

IT IS HEREBY ORDERED that Count 2 of the Indictment in the above-captioned case is dismissed.

SO ORDERED this   19th   day of May, 2006.

BY THE COURT:


*s/ Phillip S. Figa*

_____
PHILLIP S. FIGA
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO